**\*\* E-filed April 4, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SLAKEY BROTHERS, INC.; ET AL., | No. C12-00321 HRL |
| Plaintiffs, | **ORDER STAYING CASE** |
| v. | |
| FIRST SEALORD SURETY, INC., | |
| Defendant. | |

Defendant has notified the court that an Order of Liquidation has been issued by the Commonwealth Court of Pennsylvania. See Dkt. No. 5. The Order of Liquidation requires that all pending actions against First Sealord Surety, Inc. be stayed. Id. Plaintiff does not object to the entry of a stay. Pursuant to the Order of Liquidation, the case is now STAYED.

All pending case management deadlines and hearings are VACATED.

**IT IS SO ORDERED.**

Dated: April 4, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00321 HRL Notice will be electronically mailed to:**

Christopher Jacobs        chris@jlawcorp.com
Christian Gascou         cgascou@gascouhopkins.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**