**United States District Court**
For the Northern District of California

1                                  **\*\* E-filed April 4, 2012 \*\***

2

3

4

5

6

7                         NOT FOR CITATION

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 UNITED STATES FOR THE USE AND       No. C12-00321 HRL
BENEFIT OF SLAKEY BROTHERS, INC.;
12 ET AL.,                              **ORDER STAYING CASE**

13               Plaintiffs,

14        v.

15 FIRST SEALORD SURETY, INC.,

16              Defendant.
_____/

17        Defendant has notified the court that an Order of Liquidation has been issued by the

18 Commonwealth Court of Pennsylvania. See Dkt. No. 5. The Order of Liquidation requires that all

19 pending actions against First Sealord Surety, Inc. be stayed. Id. Plaintiff does not object to the entry

20 of a stay. Pursuant to the Order of Liquidation, the case is now STAYED.

21        All pending case management deadlines and hearings are VACATED.

22        **IT IS SO ORDERED.**

23 Dated: April 4, 2012

24                        _____
HOWARD R. LLOYD
25                        UNITED STATES MAGISTRATE JUDGE

26

27

28

**C12-00321 HRL Notice will be electronically mailed to:**

Christopher Jacobs          chris@jlawcorp.com
Christian Gascou            cgascou@gascouhopkins.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28