*E-Filed: April 10, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES FOR THE USE AND BENEFIT OF SLAKEY BROTHERS, INC.: et al., | No. C12-00321 HRL |
|---|---|
| Plaintiffs, | **ORDER SETTING APRIL 28, 2015 STATUS CONFERENCE** |
| v. | |
| FIRST SEALORD SURETY, INC., | |
| Defendant. | |

In February 2012, Defendant filed a Notice of Stay to First Sealord Surety. Defendant indicated that an Order of Liquidation had been issued by the Commonwealth Court of Pennsylvania, which required that all pending actions against First Sealord Surety be stayed. In April 2012, the Court stayed this action.

A status conference is set for April 28, 2015, at 1:30 p.m. in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. The parties shall submit a status report by April 21, 2015. The status report shall indicate the status of the stay imposed by the Commonwealth Court of Pennsylvania.

**IT IS SO ORDERED.**

Dated: April 10, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00321 HRL Notice will be electronically mailed to:**

Christian J. Gascou    cgascou@gascouhopkins.com

Christopher Gregory Jacobs    chris@jlawcorp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2