***E-Filed: April 24, 2015***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SLAKEY BROTHERS, INC.: et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST SEALORD SURETY, INC., <br><br> Defendant. | No. C12-00321 HRL <br><br> **ORDER:** <br><br> **(1) VACATING THE APRIL 28, 2015 STATUS CONFERENCE; and** <br><br> **(2) SETTING DEADLINE OF OCTOBER 26, 2015 FOR FILING STATUS REPORT** |

In February 2012, Defendant filed a Notice of Stay to First Sealord Surety. Defendant indicated that an Order of Liquidation had been issued by the Commonwealth Court of Pennsylvania, which required that all pending actions against First Sealord Surety be stayed. In April 2012, the Court stayed this action.

A status conference is set for April 28, 2015. Defendant has filed a status report, which indicates that Defendant remains in statutory liquidation in Pennsylvania. Accordingly, the April 28, 2015 status conference is vacated. The stay remains in effect. Defendant shall file a further status report indicating the status of the stay imposed by the Commonwealth Court of Pennsylvania by October 26, 2015.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00321 HRL Notice will be electronically mailed to:**

Christian J. Gascou     cgascou@gascouhopkins.com

Christopher Gregory Jacobs     chris@jlawcorp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2