E-Filed 11/20/15

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SLAKEY BROTHERS, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST SEALORD SURETY, INC., <br><br> Defendant. | Case No. 12-cv-00321-HRL <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 15 |

The court ordered Plaintiff to file a status report by November 18, 2015 that would respond to representations made in status reports filed by Defendant. Plaintiff failed to file a status report.

Plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on December 15, 2015 at 10:00 a.m. and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiff shall also file a statement in response to this order no later than December 11, 2015. The statement shall explain why Plaintiff failed to file a status report.

**IT IS SO ORDERED.**

Dated: 11/20/15

_____
HOWARD R. LLOYD
United States Magistrate Judge