E-Filed 2/11/16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SLAKEY BROTHERS, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST SEALORD SURETY, INC.,<br><br>Defendant. | Case No.  12-cv-00321-HRL<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Re: Dkt. No. 22 |

This case has been stayed due to the ongoing statutory liquidation of the defendant in Pennsylvania. The court previously set a status conference for March 1, 2016. Plaintiff has submitted a status report that asserts the liquidator approved a future payment on Plaintiff's claim against Defendant. Plaintiff therefore asks the court to continue the pending status conference until June.

The court grants Plaintiff's request for good cause shown. The status conference is continued to June 7, 2016.

**IT IS SO ORDERED.**

Dated: 2/11/16

HOWARD R. LLOYD
United States Magistrate Judge