E-Filed 6/1/16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SLAKEY BROTHERS, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST SEALORD SURETY, INC.,<br><br>Defendant. | Case No.  12-cv-00321-HRL<br><br>**SECOND ORDER CONTINUING STATUS CONFERENCE**<br><br>Re: Dkt. No. 24 |

This case has been stayed due to the ongoing statutory liquidation of the defendant in Pennsylvania.  A status conference is currently set for June 7, 2016.

Plaintiff submitted a status report on May 19, 2016, which asserts the liquidator expects to complete the liquidation by "early 2017."  Dkt. No. 24 at 1-2.  Plaintiff therefore requests that the status conference "be continued until after February" of 2017.  *Id.* at 2.

The court grants Plaintiff's request in part; the status conference is continued to January 3, 2017.

**IT IS SO ORDERED.**

Dated: 6/1/16

HOWARD R. LLOYD
United States Magistrate Judge